IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiffs named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiffs further show the Court as follows:

1. Plaintiff/Deceased Party:
   Andrew Johnson.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A.

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
<u>Mississippi.</u>

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
<u>Mississippi.</u>

6. Plaintiff's current state of residence:
<u>Mississippi.</u>

7. District Court and Division in which venue would be proper absent direct filing:
<u>Southern District of Mississippi.</u>

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.
   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship
   ☐ Other: _____
   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☒ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

11. Date of Implantation as to each product:

<u>December 24, 2010.</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect
☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
☒ Count III: Strict Products Liability – Design Defect
☒ Count IV: Negligence - Design
☒ Count V: Negligence - Manufacture
☒ Count VI: Negligence – Failure to Recall/Retrofit
☒ Count VII: Negligence – Failure to Warn
☒ Count VIII: Negligent Misrepresentation
☒ Count IX: Negligence Per Se
☒ Count X: Breach of Express Warranty
☒ Count XI: Breach of Implied Warranty
☒ Count XII: Fraudulent Misrepresentation
☒ Count XIII: Fraudulent Concealment
☒ Count XIV: Violations of Applicable Mississippi Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
☒ Count XV: Loss of Consortium
☒ Punitive Damages
☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 3rd day of November, 2016.

By: /s/ *John Benjamin Black*
John Benjamin Black
Texas Bar No. 24073927
SCHIFFER ODOM HICKS & JOHNSON PLLC
700 Louisiana, Suite 2650
Houston, Texas 77002
(713) 357-5150 (Telephone)
(713) 357-5160 (Facsimile)
bblack@sohjlaw.com

I hereby certify that on this 3rd day of November 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *John Benjamin Black*