# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| ANDREW JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO.: 3:21-cv-00314-CWR-FKB |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted this 14th day of July, 2021.

*/s/ Michael D. Greer*
Michael D. Greer
GREER, RUSSELL & DENT
MS State Bar No.
117 North Broadway Street
Tupelo, Mississippi 38802-0907
Phone: (662) 842-5345
Fax: (662) 842-6870
Email: mgreer@greerlawfirm.com

***Attorneys for Plaintiff***

*/s/ Elizabeth Ross Hadley*
Elizabeth Ross Hadley
GREENBERG TRAURIG, LLP
MS State Bar No. 99662
300 West 6th Street, Suite 205
Austin, Texas 78701
Phone: (512) 320-7200
Fax:  (512) 320-7210
Email: hadleye@gtlaw.com

AND

J. Carter Thompson, Jr.
MS State Bar No. 8195
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Post Office Box 14167
Jackson, Mississippi 39236-4167
PHYSICAL: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-6391
Phone: (601) 351-2400
Fax: (601) 351-2424
cthompson@bakerdonelson.com

***Attorneys for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.***

### CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Michael D. Greer*
Michael D. Greer
***Attorney for Plaintiff***